DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES G. BEEKMAN,**
Appellant,

v.

**INDYMAC FEDERAL BANK, F.S.B.** f/k/a **INDYMAC BANK, F.S.B.,
INDYMAC MORTGAGE SERVICES,** a division of
**ONEWEST BANK, F.S.B.,**
Appellee.

No. 4D22-461

[April 6, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2008-CA-041520-XXXX-MB.

James Beekman, West Palm Beach, pro se.

Michael R. Esposito and Nicole R. Topper of Blank Rome LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***